UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHELAN LASHA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM COSBY, JR.,<br><br>    Defendant. | Case No. 2:24-cv-00214-CDS-NJK<br><br>**Order** |

This case was initiated in this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship attributed to her. *See* Docket No. 2.

Accordingly, Plaintiff must file an amended certificate of interested parties by February 7, 2024, fully identifying the citizenship attributed to her.

IT IS SO ORDERED.

Dated: February 1, 2024

                                                                                                        _____
                                                                                                        Nancy J. Koppe
                                                                                                        United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1