# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHELAN LASHA,

    Plaintiff(s),

v.

WILLIAM COSBY, JR.,

    Defendant(s).

Case No. 2:24-cv-00214-CDS-NJK

**Order**

[Docket No. 10]

    Pending before the Court is Plaintiff's motion to extend the service deadline pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Docket No. 10; *see also* Docket No. 11 (declaration).  For good cause shown, the motion to extend is **GRANTED** and the service deadline is **EXTENDED** to July 29, 2024.

    IT IS SO ORDERED.

    Dated: April 29, 2024

                                                                                   Nancy J. Koppe
United States Magistrate Judge