# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHELAN LASHA, an individual, | Case No. 2:24-cv-214 |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT COSBY PURSUANT TO LOCAL RULE IA 11-6** |
| vs. | |
| WILLIAM COSBY, JR.. an individual | Hon. Cristina D. Silva |
| Defendant. | Mag. Judge Nancy J. Koppe |

1

Pursuant to Local Rule IA 11-6, Attorney Ashley Cohen, respectfully moves this Court for leave to withdraw her appearance, as counsel for Defendant in this matter. In support, the undersigned states as follows:

1. Undersigned counsel was granted leave to appear pro hac vice on behalf of Mr. Cosby on October 17, 2024. [Dkt. 27].

2. Undersigned counsel is no longer an attorney at Bonjean Law Group, PLLC.

3. Mr. Cosby will continue to be diligently represented by Jennifer Bonjean of the Bonjean Law Group and Nicholas Wooldridge of the Wooldridge Law Firm.

4. No party will be prejudiced if undersigned counsel is permitted to withdraw her appearance, nor will this motion cause any undue delay in the proceedings.

Wherefore, the undersigned respectfully requests this Honorable Court to grant this motion and enter an order withdrawing undersigned counsel's appearance in this matter.

**IT IS SO ORDERED**
Dated: December 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge