UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Chelan Lasha,

               Plaintiff

v.

William Cosby, Jr.,

               Defendant

Case No. 2:24-cv-00214-CDS-NJK

**Order Rejecting Second Proposed Joint Pretrial Order**

[ECF No. 47]

The parties have filed a second proposed joint pretrial order that again violates Local Rules 16-3 and 16-4. ECF No. 47. Although the parties corrected the formatting issues, the substance of their submission remains essentially unchanged.

The parties represent that that they "met and conferred at length in a good faith attempt to reach agreement on facts, in accordance with the Court's Order." *Id.* at 3. This assertion is perplexing. Nowhere in my four-page order rejecting the prior proposed joint pretrial order did I direct—or even discuss—the need for "agreement between the parties as to facts." *Id.* Rather, that order addressed significant deficiencies in the parties' schedules of exhibits, objections, electronic evidence designations, their offered and untimely depositions, and extensive—and moreover, troubling[1]—witness lists. *See* Order, ECF No. 46.

It is hereby ordered that the parties' second proposed joint pretrial order **[ECF No. 47] is REJECTED**. The parties are ordered to review my previous order rejecting their submission. ECF No. 46. They must then submit a third joint pretrial order that complies with my order and

---

[1] Cosby again includes an objection to Lasha's witnesses on the grounds that he has been denied (1) adequate time and opportunity to conduct discovery of third-party witnesses and to conduct appropriate expert testimony; (2) his constitutional rights under the Due Process cause; (3) a fair opportunity to defend Lasha's allegations, and (4) a fair opportunity to present evidence. ECF No. 47 at 15. As previously stated, the joint pretrial order is not the place to address these so-called objections. ECF No. 46 at 3.

the Local Rules by March 23, 2026. The failure to do so may result in dismissal of claims and defenses, and sanctions against parties and counsel.

Dated: March 2, 2026

_____
Cristina D. Silva
United States District Judge

2